Kerry R. Bensinger, S.B. # 132178
BENSINGER, RITT, TAI & THVEDT
A Limited Liability Partnership
65 North Raymond Avenue, Suite 320
Pasadena, California  91103
(626) 685-2550

Attorney for Claimant
LA Price King, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>APPROXIMATELY $79,784.78 IN MONEY ORDERS,<br><br>APPROXIMATELY $193,250.00 IN U.S. CURRENCY,<br><br>APPROXIMATELY $1,598.00 IN U.S. CURRENCY, AND<br><br>MISCELLANEOUS SMOKELESS TOBACCO PRODUCTS,<br><br>　　　　Defendant.<br>_____<br>LA Price King, Inc.,<br><br>　　　　Claimant.<br>_____ | Case No. 2:07-CV-00816-FCD-KJM<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR CLAIMANT LA PRICE KING, INC. TO RESPOND TO PLAINTIFF'S COMPLAINT** |

**IT IS HEREBY AGREED AND STIPULATED** by and between plaintiff UNITED STATES OF AMERICA and claimant LA PRICE KING, through the undersigned counsel of record, that pursuant to Local Rule 6-144 of the United States District Court, Eastern District of California, the time for claimant LA PRICE KING to answer or otherwise respond to plaintiff's Complaint shall be extended by 30 days,

1

to and including **September 12, 2007**.

DATED: August __, 2007           Respectfully submitted,

McGREGOR W. SCOTT
UNITED STATES ATTORNEY

_____
KRISTIN S. DOOR
ASSISTANT UNITED STATES ATTORNEY
Attorney for Plaintiff
UNITED STATES OF AMERICA

DATED: August 6, 2007            Respectfully submitted,

BENSINGER, RITT, TAI & THVEDT, L.L.P.
A Limited Liability Law Partnership

/s/ Kerry R. Bensinger
_____
KERRY R. BENSINGER
Attorney for Claimant
LA Price KIng

**IT IS SO ORDERED.**

Dated: August 10, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE