Kerry R. Bensinger, S.B. # 132178
BENSINGER, RITT, TAI & THVEDT
A Limited Liability Partnership
65 North Raymond Avenue, Suite 320
Pasadena, California  91103
Tel:    (626) 685-2550
Fax:    (626) 685-2562

Attorney for Claimant
LA PRICE KING, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>APPROXIMATELY $79,784.78 IN MONEY ORDERS,<br><br>APPROXIMATELY $193,250.00 IN U.S. CURRENCY,<br><br>APPROXIMATELY $1,598.00 IN U.S. CURRENCY, AND<br><br>MISCELLANEOUS SMOKELESS TOBACCO PRODUCTS,<br><br>　　　　　　　Defendants.<br>_____<br>LA PRICE KING, INC.,<br><br>　　　　　　　Claimant.<br>_____ | Case No. 2:07-CV-00816-FCD-KJM<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR CLAIMANT LA PRICE KING, INC. TO RESPOND TO PLAINTIFF'S COMPLAINT** |

**WHEREAS,** the parties to this action have been engaged in discussions over issues involving standing and coordination of the forfeiture action with the ongoing criminal investigation, and require additional time to decide how to proceed with this case;

**NOW THEREFORE, IT IS HEREBY AGREED AND STIPULATED** by and between plaintiff UNITED STATES OF AMERICA and claimant LA PRICE KING, through the

undersigned counsel of record, that pursuant to Local Rule 6-144 of the United States District Court, Eastern District of California, the time for claimant LA PRICE KING to answer or otherwise respond to plaintiff's Complaint shall be extended by 30 days, to and including **October 12, 2007**.

Respectfully submitted,

DATED: September __, 2007

McGREGOR W. SCOTT
UNITED STATES ATTORNEY

/s/ Kristin S. Door

KRISTIN S. DOOR
ASSISTANT UNITED STATES ATTORNEY
Attorney for Plaintiff
UNITED STATES OF AMERICA

DATED: September 6, 2007

BENSINGER, RITT, TAI & THVEDT, L.L.P.
A Limited Liability Law Partnership

KERRY R. BENSINGER
Attorney for Claimant
LA Price King

**IT IS SO ORDERED.**

Dated: September 19, 2007

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

2