Kerry R. Bensinger, S.B. # 132178
BENSINGER, RITT, TAI & THVEDT
A Limited Liability Partnership
65 North Raymond Avenue, Suite 320
Pasadena, California  91103
Tel:    (626) 685-2550
Fax:    (626) 685-2562

Attorney for Claimant
LA PRICE KING, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:07-CV-00816-FCD-KJM |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER EXTENDING TIME FOR CLAIMANT LA PRICE KING, INC. TO RESPOND TO PLAINTIFF'S COMPLAINT** |
| ) | |
| v. ) | |
| ) | |
| APPROXIMATELY $79,784.78 IN MONEY ORDERS, ) | |
| ) | |
| APPROXIMATELY $193,250.00 IN U.S. CURRENCY, ) | |
| ) | |
| APPROXIMATELY $1,598.00 IN U.S. CURRENCY, AND ) | |
| ) | |
| MISCELLANEOUS SMOKELESS TOBACCO PRODUCTS, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| LA PRICE KING, INC., ) | |
| ) | |
| Claimant. ) | |

**WHEREAS,** the parties to this action have been engaged in discussions over issues involving standing and coordination of the forfeiture action with the ongoing criminal investigation, and require additional time to decide how to proceed with this case;

1

**NOW THEREFORE, IT IS HEREBY AGREED AND STIPULATED** by and between plaintiff UNITED STATES OF AMERICA and claimant LA PRICE KING, through the undersigned counsel of record, that pursuant to Local Rule 6-144 of the United States District Court, Eastern District of California, the time for claimant LA PRICE KING to answer or otherwise respond to plaintiff's Complaint shall be extended by 30 days, to and including **November 2, 2007**.

Respectfully submitted,

DATED: October 3, 2007     McGREGOR W. SCOTT
                           UNITED STATES ATTORNEY

/s/ Kristin S. Door
_____
KRISTIN S. DOOR
ASSISTANT UNITED STATES ATTORNEY
Attorney for Plaintiff
UNITED STATES OF AMERICA

DATED: October 3, 2007     BENSINGER, RITT, TAI & THVEDT, L.L.P.
                           A Limited Liability Law Partnership

/s/ Kerry Bensinger
_____
KERRY R. BENSINGER
Attorney for Claimant
LA Price King

**IT IS SO ORDERED.**

DATED: October 4, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

2