1  McGREGOR W. SCOTT
United States Attorney
2  KRISTIN S. DOOR, SBN 84307
Assistant U.S. Attorney
3  501 I Street, Suite 10-100
Sacramento, CA 95814
4  Telephone:  (916) 554-2723

5  Attorney for Plaintiff

6

7

8                  IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )      2:07-CV-00816 FCD/KJM
                                       )
12           Plaintiff,                )
                                       )
                                       )      STIPULATION FOR STAY
13      v.                             )      OF FURTHER PROCEEDINGS AND
                                       )      ORDER
14  APPROXIMATELY $79,784.78 IN MONEY  )
ORDERS,                                )
15                                     )
APPROXIMATELY $193,250.00 IN U.S.      )
16  CURRENCY,                          )
                                       )
17  APPROXIMATELY $1,598.00 IN U.S.    )
CURRENCY, AND                          )
18                                     )
MISCELLANEOUS SMOKELESS TOBACCO        )
19  PRODUCTS,                          )
                                       )
20           Defendants.               )
    _____)

21

22      Plaintiff United States of America and claimant LA Price King,

23  Inc., submit the following Stipulation for Stay of Further

24  Proceedings and Order [Proposed] and request that the Court enter

25  an order staying all further proceedings for six months, until

26  May 9, 2008.   The parties make this request for the following

27  reasons:

28                                   1

1    1.   Pursuant to 18 U.S.C. §§ 981(g)(1), and 981(g)(2) the

2   parties seek a stay of further proceedings in this civil forfeiture

3   case.  The United States contends that the defendant property

4   consisting of currency, money orders, and miscellaneous tobacco

5   products (collectively referred to as the "defendant assets") are

6   forfeitable to the United States because they are the proceeds of

7   mail and/or wire fraud, and/or are traceable to money laundering

8   offenses.  The details of the underlying criminal investigation

9   involving claimant are set forth in detail the affidavit of Special

10   Agent Trista K.  Frederick, U.S. Department of Justice, Bureau of

11   Alcohol, Tobacco, Firearms, and Explosives, attached as Exhibit A

12   to the Complaint for Forfeiture In Rem filed on April 27, 2007.

13    2.   The defendant property was seized from claimant's

14   business premises at 338 East 3rd Street, Los Angeles, California,

15   on October 17, 2006, during the execution of a search warrant.

16    3.   Varun Kumar, in his capacity as President of LA Price

17   King, Inc., submitted a claim to the defendant assets.  The United

18   States intends to depose Kumar about various topics, including but

19   not limited to his knowledge of the operation of LA Price King and

20   other companies in the tobacco distribution business in the Los

21   Angeles area.  Kumar will also be questioned about LA Price King's

22   payment, or non-payment, of excise taxes due to the State of

23   California, Board of Equalization, in connection with the sale of

24   tobacco products.  The United States also intends to depose other

25   individuals who the United States contends are the true owners of

26   LA Price King.

27    Counsel for claimant LA Price King has informed counsel for

28                                  2

1 the United States that if discovery proceeds, Kumar and the

2 principals of LA Price King would be placed in the difficult

3 position of either invoking their Fifth Amendment right against

4 self-incrimination and losing the ability to protect its interest

5 in the defendant assets, or waiving their Fifth Amendment rights

6 and submitting to depositions and potentially incriminating

7 themselves in a related criminal investigation.  If Kumar or the

8 individuals the United States believes are the true owners of LA

9 Price King invoke the Fifth Amendment, the United States will be

10 deprived of the ability to explore the factual basis for the claims

11 LA Price King has filed with this Court.

12      4.   In addition, claimant intends to depose federal law

13 enforcement officers involved in the investigation that led to the

14 issuance of the search warrant.  Allowing depositions of the law

15 enforcement investigators involved in the criminal investigation

16 would adversely affect the ability of the U.S. Attorney's Office to

17 properly investigate and prosecute their case.

18      5.   Accordingly, the parties recognize that proceeding with

19 this action at this time has potential adverse affects on the

20 related criminal investigation and/or upon claimant's ability to

21 prove its claim that the defendant assets belongs to them, and that

22 they came from legitimate sources.   For these reasons, the parties

23 jointly request that this matter be stayed for a period of six

24 months until May 9, 2008.   At that time the parties will advise

25 ///

26 ///

27 ///

28                                    3

1 the court of the status of the criminal investigation and will, if

2 necessary, seek a further stay.

3          6.     The parties to this stipulation reserve all claims and

4 defenses to this forfeiture.  In particular, by agreeing to this

5 stay, the United States has not waived its right to challenge

6 claimant's standing to contest the forfeiture of the defendant

7 assets.

8

9 Dated: November 9, 2007          McGREGOR W. SCOTT
                                  United States Attorney
10

11                          By    /s/ Kristin S. Door
                                  KRISTIN S. DOOR
12                                Assistant U.S. Attorney

13 Dated: November 9, 2007          BENSINGER, RITT, TAI & THVEDT

14

15                          By    /s/ Kerry R. Bensinger
                                  KERRY R. BENSINGER
16                                Attorneys for LA Price King, Inc.
                                  (AUSA Door authorized by e-mail to
17                                sign for attorney Bensinger)

18
                                **ORDER**
19
       For the reasons set forth above, this matter is stayed
20
pursuant to 18 U.S.C. §§ 981(g)(1) and 981(g)(2) for a period of
21
six months.  On or before May 9, 2008, the parties will advise the
22
court whether a further stay is necessary.
23
       IT IS SO ORDERED.
24
Dated: November 13, 2007
25

26

27 FRANK C. DAMRELL, JR.
                                  UNITED STATES DISTRICT JUDGE
28                                        4