UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>APPROXIMATELY $79,784.78 IN MONEY ORDERS, et al.,<br><br>Defendants. | No. 2:07-cv-00816 KJM EFB<br><br><br><br>ORDER |

On November 5, 2014, plaintiff United States of America filed a motion to strike the claim of LA Price King, Inc., filed June 27, 2007, to the defendant assets. LA Price King, Inc. has not filed an opposition.

Accordingly, it is hereby ordered that within twenty-one (21) days of the entry of this Order, LA Price King, Inc. shall file a response to plaintiff's pending motion, or plaintiff's motion to strike LA Price King, Inc.'s claim will be granted.

IT IS SO ORDERED.

DATED: December 3, 2014.

UNITED STATES DISTRICT JUDGE

1