UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>APPROXIMATELY $79,784.78 IN MONEY ORDERS, et al.,<br><br>Defendants. | No. 2:07-cv-00816 KJM EFB<br><br><br><br><br>ORDER |

This matter is before the court on plaintiff United States of America's November 5, 2014 motion to strike the claim of LA Price King, Inc., filed June 27, 2007, to the defendant assets. LA Price King, Inc., has not filed an opposition to the motion.

By order filed December 4, 2014, defendant LA Price King, Inc. was ordered to file a response to the motion within twenty-one days. ECF No. 61. The December 4, 2014 order further provided that if no response was filed plaintiff's motion would be granted. ECF No. 61. On December 15, 2014, the copy of the December 4, 2014 order served on LA Price King, Inc. was returned undelivered and undeliverable. The sixty-three day period for filing a notice of change of address has now expired, *see* L. R. 183(b)[1] and LA Price King, Inc. has neither filed a notice of change of address nor responded in any way to the court's December 4, 2014 order.

---

[1] LA Price King, Inc. has proceeded pro se in this action since September 27, 2012, when the court granted the motion of LA Price King, Inc.'s former counsel to withdraw as counsel of record. ECF No. 52.

1

1     Accordingly, good cause appearing, IT IS HEREBY ORDERED that:

2     1. Plaintiff's November 5, 2014 motion to strike, ECF No. 57, is granted;

3     2. The June 27, 2007 claim for seized property by LA Price King, Inc., ECF No. 10, is stricken;

4     3. The Clerk of the Court is directed to enter the default of LA Price King, Inc.;

5     4. Plaintiff is granted thirty days from the date of this order in which to file a motion for default judgment and final judgment of forfeiture in accordance with Federal Rule of Civil Procedure 55 and Local Rules 302(c)(19) and 540; and

6     5. Plaintiff is relieved of the obligation to file a pretrial conference statement and the final pretrial conference set for March 5, 2015 at 3:30 p.m. and the jury trial set for May 4, 2015 are vacated.

DATED: February 23, 2015.

_____
UNITED STATES DISTRICT JUDGE