1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:07-CV-00816-KJM-EFB |
| Plaintiff, | |
| v. | DEFAULT JUDGMENT AND FINAL JUDGMENT OF FORFEITURE |
| APPROXIMATELY $79,784.78 IN MONEY ORDERS; | |
| APPROXIMATELY $193,250.00 IN U.S. CURRENCY; | |
| APPROXIMATELY $1,598.00 IN U.S. CURRENCY; and | |
| MISCELLANEOUS SMOKELESS TOBACCO PRODUCTS | |
| Defendants. | |

This matter came on before the Honorable Magistrate Judge Edmund F. Brennan on the United States' ex parte motion for default judgment. There was no appearance by or on behalf of any other person or entity claiming an interest in the above-captioned defendant assets to oppose the United States' motion. The Magistrate Judge has recommended that the United States' motion for default judgment be granted. Based on the Magistrate Judge's Findings and

1

Recommendations and the files and records of the Court, it is ORDERED, ADJUDGED AND DECREED:

1. The Magistrate Judge's Findings and Recommendations are adopted in full.
2. LA Price King, Inc., Anil Kumar Malhi, Rajinder Kumar Mehta, Jason Garrido, and Nisha R. Patel are held in default.
3. A judgment by default is hereby entered against any right, title, or interest of LA Price King, Inc., Anil Kumar Malhi, Rajinder Kumar Mehta, Jason Garrido, and Nisha R. Patel in the defendant assets referenced in the above caption.
4. A final judgment of forfeiture is hereby entered, forfeiting all right, title, and interest in the defendant assets to the United States, to be disposed of according to law.
5. All parties shall bear their own costs and attorney's fees.

IT IS SO ORDERED.

DATED: April 30, 2015.

_____
UNITED STATES DISTRICT JUDGE